UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| JASON W. DURBIN<br><br>    Plaintiff,<br><br>v.<br><br>BYERLY FORD-NISSAN, INC., et al.<br><br>    Defendant. | Case No. 1:19-cv-184-GNS<br><br>Chief Judge Greg N. Stivers |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GLOBAL LENDING SERVICES LLC**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Global Lending Services LLC states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Wesley R. Abrams
Wesley R. Abrams (KBA No. 97448)
Vorys, Sater, Seymour and Pease LLP
301 E. Fourth St., Suite 3500
Cincinnati, OH
Phone: (513) 723-4608
Fax: (513) 852-7880
wrabrams@vorys.com

*Attorney for Defendant Global Lending Services LLC*