# EXHIBIT

# A

# AGREEMENT

Purchaser warrants to be the lawful owner of the trade-in, if any, and warrants it to be free of any and all liens and encumbrances of any kind or character, except as otherwise noted on the reverse side hereof.

It is expressly understood and agreed that the Purchaser acquires no right, title, or interest in or to the property which he agrees to purchase hereunder until such property is delivered to him and either the full purchase price is paid in case or a satisfactory deferred payment agreement is executed by the parties hereto, the terms of which shall thereafter be controlling. No loss, destruction, or damage to the property shall release the Purchaser from the payment in full for such property.

Purchaser shall procure and maintain for so long as any amount remains unpaid under a deferred payment agreement, at his own expense and in a company acceptable to the Seller, vehicle insurance protecting the interests of Purchaser and Seller against loss, destruction, or damage to the property, and shall deliver the insurance certificate with a loss payable clause in favor of the Seller to the Seller upon demand. In the event Purchaser fails to procure or maintain such insurance, Seller may purchase such insurance or single interest insurance at Purchaser's expense, and the premium paid therefor shall become a part of the debt thereby secured.

In the event of an increase in price by the Manufacturer prior to the delivery of a new car, truck, or accessories, Purchaser hereby agrees to pay such difference or to annul the order, at his option. It is expressly understood and agreed the Seller reserves the right to reappraise the trade-in should its delivery to him be at the time delivery of the within ordered car or truck is made to the Purchaser, and that such reappraisal is to be the allowance for the trade-in.

If an allowance on a used car or truck is involved in this purchase, and in the event such used car or truck is delivered to the Seller and this order is thereafter canceled, it is agreed Seller will return the used car or truck to Purchaser upon receipt of payment for Seller's reasonable charges for storage and any repairs made by the Seller while in his possession. If the used car or truck has been sold by Seller before such cancellation, Seller agrees to pay Purchaser the proceeds of such sale less a selling commission of fifteen percent (15%) less also any expense incurred by seller in storing, conditioning, and advertising said car or truck for sale.

If the property covered by this agreement is a used motor vehicle, the Seller agrees to sell and the Purchaser agrees to buy the herein ☒ escribed vehicle in its present condition "as it is," with the full and complete understanding that no warranties, expressed or implied, representations, promises, or statements have been made by the Seller unless specifically stated in writing on the reverse side hereof and approved by an authorized representative of the Seller. No verbal agreement or representation will be binding on the Seller.

Purchaser certifies that he/she is eighteen (16) years of age or older, and has the capacity to make a contract.

Delivery of this automobile is accepted by purchaser subject to credit approval by a financing institution, and in the event of a credit report unacceptable to the financing institution, the purchaser will return the automobile herein described immediately to the dealer.

Any provision of the above agreement between Seller and Purchaser which may be prohibited by law shall be ineffective to the extent of such prohibition without invalidating the remaining provisions of such agreement.

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT | Seller | BYERLY FORD NISSAN 4041 DIXIE HIGHWAY LOUISVILLE, KY 40216 | Buyer | JASON W DURBIN MARANDA G DURBIN |
|---|---|---|---|---|
| No. 72396 | | "We" and "us" mean the Seller above, its successors and assigns. | | "You" and "your" mean each Buyer above, and guarantor, jointly and individually. |
| Date 08/12/2019 | | | | |

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the Motor Vehicle (Vehicle) and services described below. The Vehicle is sold in its present condition, together with the usual accessories and attachments.

| Description of Motor Vehicle Purchased | Year 2015 | VIN 1FMCU0GX9FUA23648 | Other: |
|---|---|---|---|
| | Make FORD | Lic. No./Year | |
| | Model ESCAPE | ☐ New ☐ Used | |

Description of Trade-In

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called Property, and proceeds of the Property. Our interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Contract, or they are installed in or affixed to the Vehicle.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ 16093.00 plus finance charges accruing on the unpaid balance at the rate of 17.9500 per year from today's date until maturity. Finance charges accrue on a 365 day basis. After maturity, or after you default and we demand payment, we will earn finance charges on the unpaid balance at 17.9500 per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURES. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ N/A if you pay this Contract in full before we have earned that much in finance charges.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED. ☒ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

☐ **ADDITIONAL CHARGE:** You agree to pay a processing fee of $ that will be ☒ paid in cash ☒ financed over the term of the Contract.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE The total cost of your purchase on credit, including your down payment of $ N/A |
|---|---|---|---|---|
| 17.95 % | $ 7641.08 | $ 16093.00 | $ 23734.08 | $ 23734.08 |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 54 | 439.52 | MONTHLY BEGINNING 09/26/19 |

**Late Charge:** If an installment payment is late, in whole or in part, you will be charged a late payment fee after the tenth day the installment is due. The late payment fee will be 5% of each installment due, not to exceed $75 per payment, with a minimum late payment of $15.

**Prepayment:** If you pay off this Contract early, you will not have to pay a Minimum Finance Charge.

**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

---

**CREDIT INSURANCE:** Credit life, credit health (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life:** Insured _____
☐ Single ☐ Joint Prem. $ _____ Term _____ N/A

**Credit Health:** Insured _____
☐ Single ☐ Joint Prem. $ _____ Term _____ N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

Buyer _____ d/o/b Buyer _____ d/o/b

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may freely choose the agent and insurer through or by which your insurance is placed. We will not refuse any adequate insurance policy that you provide. The collision coverage deductible may not exceed $ __1,000,000.00__ If you get insurance from or through us you will pay $ __N/A__ for N/A of coverage.

This premium is calculated as follows:
☐ $ _____ Deductible, Collision Coverage $ __N/A__
☐ $ _____ Deductible, Comprehensive Cov. $ __N/A__
☐ Fire-Theft and Combined Additional Coverage $ __N/A__

**Liability insurance coverage for personal liability and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **SINGLE-INTEREST INSURANCE:** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ __N/A__ for _____ of coverage.

☒ **SERVICE CONTRACT:** With your purchase of the Vehicle, you agree to purchase a Service Contract to cover _____

This Service Contract will be in effect for __60 MONTHS / MILES__

**ASSIGNMENT:** This Contract and Security Agreement is assigned to Transcend Credit Union, 3740 Bardstown Road, Louisville, KY 40218 the Assignee, phone __502-459-3000__. This assignment is made ☐ under the terms of a separate agreement. ☒ under the terms of the ASSIGNMENT BY SELLER on page 2. ☐ This assignment is made with recourse.

Seller: By __BYERLY FORD NISSAN__ Date _____

---

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| Vehicle Price (incl. sales tax of $ __898.56__ | | 13532.00 |
| Service Contract, Paid to: SMART AUTOCARE 1000/00(EXCL | | |
| **Cash Price** $ | | 15432.00 |
| Manufacturer's Rebate $ | N/A | |
| Cash Down Payment $ | N/A | |
| Deferred Down Payment $ | N/A | |
| a. Total Cash/Rebate Down $ | | N/A |
| b. Trade-In Allowance $ | N/A | |
| c. Less: Amount owing $ | N/A | |
| Paid to: | | |
| d. Net Trade-In (b. minus c.) $ | | N/A |
| e. Net Cash/Trade-In (a. plus d.) $ | | N/A |
| **Down Payment** (e.: disclose as $0 if negative) $ | | N/A |
| **Unpaid Balance of Cash Price** $ | | 15432.00 |
| Amount to Finance line e. (if e. is negative) $ | | 0.00 |
| Paid to Public Officials, including filing fees $ | | 82.00 |
| Insurance Premiums paid to insurance company(ies) PREPAID FINANCE CHARGE $ | | N/A |
| To: $ | | N/A |
| To: VSI $ | | 579.00 |
| To: GAP $ | | N/A |
| To: $ | | N/A |
| To: $ | | N/A |
| To: $ | | N/A |
| **Total Other Charges/Amounts Pd. to Others** $ | | 661.00 |
| Less: **Prepaid Finance Charges** $ | | N/A |
| **Amount Financed** $ | | 16093.00 |

We may retain or receive a portion of any amounts paid to others. This Contract requires that a copy of it be furnished to you at the time it is executed.

### NOTICE TO THE BUYER
(1) DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. (2) YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. (3) UNDER THE LAW, YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS TO OBTAIN A PARTIAL REFUND OF THE FINANCE CHARGE. (4) THIS CONTRACT SHALL BECOME EFFECTIVE ONLY WHEN SIGNED AND EXECUTED BY THE BUYER AND SELLER.

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer: _____ 08/12/2019
Signature                          Date

_____ 08/12/2019
Signature                          Date

Seller: By _____

Retail Installment Contract and Security Agreement-KY
©2017 The Reynolds and Reynolds Company To Reorder Form: 1-888-339-9986
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.

Customized  RS-SI-MV-KY 6/29/2012
Bankers Systems®
Page 1 of 2
CF1054 (12/17)

# ADDITIONAL TERMS OF THIS CONTRACT AND SECURITY AGREEMENT

**GENERAL TERMS:** You have been given the opportunity to purchase the Vehicle and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Vehicle and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the TRUTH IN LENDING DISCLOSURES assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.

You understand and agree that we (or our affiliate) will earn commissions or fees on any insurance products, and may earn such fees on other services that you buy through us or our affiliate.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract.

**PREPAYMENT:** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full.

A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Property, you represent and agree to the following:

A. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property ahead of the claim of anyone else.

B. The security interest you are giving us in the Property comes ahead of the claim of any other of your general or secured creditors. You agree to sign any additional documents or provide us with any additional information we may require to keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.

C. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.

D. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent.

E. You will pay all taxes and assessments on the Property as they become due.

F. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

A. You fail to perform any obligation that you have undertaken in this Contract.

B. We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including, without limitation, court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay our reasonable attorney's fees after default and referral to an attorney who is not our salaried employee.

If an event of default occurs as to any one of you, we may exercise our remedies against any or all of you.

**RETURNED PAYMENTS:** Unless limited or prohibited by applicable law, if a payment that was applied to your obligation is returned to us unpaid for any reason, you will be charged a Returned Payment Fee. We will then have the right to satisfy this obligation by set-off against any accounts you may have with us or, in our sole discretion, to include the Returned Payment Fee as an additional amount owed on your obligation to us. Any payment we receive from you may be applied, at our sole discretion, to the Returned Payment Fee first before applying your payment to interest and the unpaid principal balance or in any other manner we chose.

**REMEDIES:** If you are in default on this Contract, we have all of the remedies provided by law and this Contract:

E. Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above.

**INSURANCE:** You agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the PROPERTY INSURANCE section, or as we will otherwise require. You will name us as loss payee on any such policy. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages not required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us; this amount will be due immediately or we may increase your payments to pay the amount added within the term of the insurance or term of the Loan. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

A. You must pay this Contract even if someone else has also signed it.

B. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.

C. We may release any security and you will still be obligated to pay this Contract.

D. If we give up any of our rights, it will not affect your duty to pay this Contract.

E. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**WARRANTY:** Warranty information is provided to you separately.

**WAIVER:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.

<table>
<tr><td>

**THIRD PARTY AGREEMENT**

By signing below, you agree to give us a security interest in the Property described in the SALE section. You also agree to the terms of this Contract, including the WAIVER section above, except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend, change this Contract, or release any party or property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

_____    _____

Signature                                            Date

</td></tr>
</table>

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES**

required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

B. We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. Any amount we pay will be added to the amount you owe us and will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

C. We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

D. We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.

OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

IF YOU ARE BUYING A USED VEHICLE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

---

## ASSIGNMENT BY SELLER

Seller sells and assigns this Retail Installment Contract and Security Agreement, (Contract), to the Assignee, its successors and assigns, including all its rights, title and interest in this Contract, and any guarantee executed in connection with this Contract. Seller gives Assignee full power, either in its own name or in Seller's name, to take all legal or other actions which Seller could have taken under this Contract. (SEPARATE AGREEMENT: If this Assignment is made "under the terms of a separate agreement" as indicated on page 1, the terms of this assignment are described in a separate writing(s) and not as provided below.)

Seller warrants:

A. This Contract represents a sale by Seller to Buyer on a time price basis and not on a cash basis.

B. The statements contained in this Contract are true and correct.

C. The down payment was made by the Buyer in the manner stated on page 1 of this Contract and, except for the application of any manufacturer's rebate, no part of the down payment was loaned or paid to the Buyer by Seller or Seller's representatives.

D. This sale was completed in accordance with all applicable federal and state laws and regulations.

E. This Contract is valid and enforceable in accordance with its terms.

F. The names and signatures on this Contract are not forged, fictitious or assumed, and are true and correct.

G. This Contract is vested in the Seller free of all liens, is not subject to any claims or defenses of the Buyer, and may be sold or assigned by the Seller.

H. A completely filled-in copy of this Contract was delivered to the Buyer at the time of execution.

I. The Vehicle has been delivered to the Buyer in good condition and has been accepted by Buyer.

J. Seller has or will perfect a security interest in the Property in favor of the Assignee.

If any of these warranties is breached or untrue, Seller will, upon Assignee's demand, purchase this Contract from Assignee. The purchase shall be in cash in the amount of the unpaid balance (including finance charges) plus the costs and expenses of Assignee, including attorneys' fees.

Seller will indemnify Assignee for any loss sustained by it because of judicial set-off or as the result of a recovery made against Assignee as a result of a claim or defense Buyer has against Seller.

Seller waives notice of the acceptance of this Assignment, notice of non-payment or non-performance and notice of any other remedies available to Assignee.

Assignee may, without notice to Seller, and without affecting the liability of Seller under this Assignment, compound or release any rights against, and grant extensions of time for payment to be made, to Buyer and any other person obligated under this Contract.

UNLESS OTHERWISE INDICATED ON PAGE 1, THIS ASSIGNMENT IS WITHOUT RECOURSE.

WITH RECOURSE: If this Assignment is made "with recourse" as indicated on page 1, Assignee takes this Assignment with certain rights of recourse against Seller. Seller agrees that if the Buyer defaults on any obligation of payment or performance under this Contract, Seller will, upon demand, repurchase this Contract for the amount of the unpaid balance, including finance charges, due at that time.

Retail Installment Contract and Security Agreement-KY
©2017 The Reynolds and Reynolds Company. To Reorder Form: 1-888-339-9866
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Customized - RS-SI-MV-KY 8/29/2012
Bankers Systems®
Page 2 of 2
CF1054 (12/17)